DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MUSHTAQ AHMED MIAN** and **YASMIN MUSHTAQ MIAN,**
Appellants,

v.

**HERRON BAY COMMUNITY ASSOCIATION INC.,**
Appellee.

No. 4D17-3147

[June 28, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. 15-011836 CACE 05.

Gregory M. Ochalek, P.L.L.C., Miami Gardens, for appellants.

Shelley J. Murray of Straley & Otto, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***